IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

STEPHEN C. JAQUA,                          )
                                           )
                Plaintiff,                 )     TC-MD 120783D
                                           )
        v.                                 )
                                           )
DESCHUTES COUNTY ASSESSOR,                 )
                                           )
                Defendant.                 )     **DECISION OF DISMISSAL**

        This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

        A case management was scheduled at 2:00 p.m. on December 18, 2012, to consider

Plaintiff's appeal. On December 3, 2012, the court sent notice of the scheduled case

management conference to Plaintiff at the email address Plaintiff provided to the court. The

notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the

court might dismiss the appeal.

        On December 18, 2012, the court sent a letter to Plaintiff, which explained the

importance of diligently pursuing an appeal. That letter was sent to the mailing address Plaintiff

provided to the court and was not returned as undeliverable. The letter advised that if Plaintiff

did not provide a written explanation by January 2, 2013, for his failure to appear, the court

would dismiss the appeal. As of this date, Plaintiff has not submitted a written response to the

court explaining his failure to appear at the December 18, 2012, case management conference.

/ / /

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 120783D                                              1

Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution.

Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of January 2013.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on January 8, 2013. The Court filed and entered this document on January 8, 2013.*